### JOHN J. STREETER v. BOARD OF HEALTH OF THE BOROUGH OF VINELAND.

Argued November 6, 1912—Decided February 24, 1913.

Recorders in boroughs have no jurisdiction of proceedings for the violation of the sanitary code of the board of health, and the fact that the recorder is also a justice of the peace does not confer jurisdiction when he does not assume to act in that capacity.

On *certiorari*.

Before Justices SWAYZE, VOORHEES and KALISCH.

For the prosecutor, *Sumner W. Hurd* and *John Boyd Avis*.

For the defendant, *Charles P. Brewer*.

The opinion of the court was delivered by

SWAYZE, J. The prosecutor was convicted by the recorder of the borough of Vineland of a violation of the sanitary code adopted by the board of health. The point now made is that the recorder had no jurisdiction. The procedure is that pre-

scribed by the Board of Health act. *Board of Health* v. *New York, &c., Railroad Co.*, 48 *Vroom* 15. By that act jurisdiction is conferred upon district courts, police justices and recorders in cities, and justices of the peace. No authority is conferred upon recorders in boroughs. It is suggested that the recorder of Vineland was also a justice of the peace. It is enough to say that he did not assume to act in that capacity.

The conviction must be set aside, with costs.